```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

| | |
|---|---|
| WALLEON BOBO, | ) |
| | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    No. 08-2238 |
| | ) |
| UNITED PARCEL SERVICE, INC., | ) |
| | ) |
|     Defendant. | ) |

**ORDER GRANTING UNOPPOSED REQUEST FOR RECONSIDERATION**

Before the Court is Defendant United Parcel Service, Inc.'s ("UPS") unopposed motion to reconsider the Court's November 21, 2012 and January 22, 2013 Orders (collectively, the "Orders"). (Motion, ECF No. 266.) UPS asks that the Orders be set aside under Federal Rule of Civil Procedure 60(b)(6), which provides that a court may relieve a party from a judgment or order for "any other reason that justifies relief."

After considering the arguments set forth in support of UPS's motion and the entire record in this cause, the Court is of the opinion that UPS's motion is well taken. It is GRANTED. The Orders are set aside. They are VOID and of no effect.

So ordered this 6th day of February, 2013.

s/ Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE